## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

Bradley G. Isnard,

                 Plaintiff,

vs.                                         Case Number: 17-CV-02598 JWL/GEB

Midland Credit Management Inc.,

                 Defendant.

## **NOTICE OF SETTLEMENT**

Comes now Plaintiff Bradley G. Isnard, by and through undersigned counsel, and hereby notifies the Court that the above-captioned lawsuit has been settled. Plaintiff further states:

1. Plaintiff is Bradley G. Isnard; The Defendant is Midland Credit Management Inc.

2. This case was removed to federal court on October 13, 2017 (Doc. 1).

3. Plaintiff and Defendant reached a settlement in principle on December 7, 2017

4. Parties anticipate finalizing their settlement agreement within the next 30 days and filing a Notice of Dismissal in 45 days.

Dated: December 11, 2017

Respectfully submitted,

By: /s/ A.J. Stecklein
A.J. Stecklein #16330
Michael Rapp #25702
Stecklein & Rapp, Chtd.
748 Ann Ave
Kansas City, KS 66101
Telephone: (913) 371-0727
Facsimile: (913) 371-0147
Email: aj@kcconsumerlawyer.com
mr@kcconsumerlawyer.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing was filed on December 11, 2017, using the District Court's CM/ECF electronic filing system, which will send notice to all counsel of record.

/s/ A.J. Stecklein
A.J. Stecklein 16330